AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

GATX FINANCIAL CORPORATION

V.

SPRINGFIELD TERMINAL
RAILWAY CO., INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12147 RWZ

TO: (Name and address of Defendant)  Springfield Terminal Railway Co., Inc.
c/o CT Corporation System, Registered Agent
101 Federal Street
Boston, MA  02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul G. Lannon, Jr., Esquire
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  10-12-04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-22-2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas L Savage | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Delivering in Hand To Allison Libecld of C-T Corp as Registered Agent For Springfield Terminal Railway Co.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-22-2004
                Date           Signature of Server

427 Mock St Weymouth Mass
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.